```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CRIMINAL ACTION
                              :
            v.                :
                              :
RAHIM McINTYRE                :      NO. 13-361
```

ORDER

AND NOW, this 31st day of March, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Rahim McIntyre to dismiss Counts II and III of the indictment (Doc. # 45) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                      J.