IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| RAHIM McINTYRE | : | NO. 13-361 |

ORDER

AND NOW, this 22nd day of July, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motions of defendant Rahim McIntyre for judgment of acquittal under Rule 29(e) of the Federal Rules of Criminal Procedure (Doc. ##87 and 94) are DENIED; and

(2)  the motions of defendant Rahim McIntyre for a new trial under Rule 33 of the Federal Rules of Criminal Procedure (Doc. ##88 and 93) are DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.