IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 13-361 |
| v. | : | |
| | : | CIVIL ACTION |
| RAHIM MCINTYRE | : | NO. 16-3835 |

<u>ORDER</u>

AND NOW, this 26th day of October, 2016, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that that:

(1)  the motion of defendant Rahim McIntyre to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. # 116) is DENIED; and

(2)  no certificate of appealability is issued.


BY THE COURT:


/s/ Harvey Bartle III
                                  J.